**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**IHAR NERCHYPARENKA #A244-317-888**          **CASE NO.  1:26-CV-01932 SEC P**

**VERSUS**                                    **JUDGE ALEXANDER C. VAN HOOK**

**WARDEN WINN CORRECTIONAL CENTER**           **MAGISTRATE JUDGE CAROL B.**
**ET AL**                                     **WHITEHURST**

### MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on June 8, 2026.  Upon review of

the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit the petition for writ of habeas corpus on approved
> forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES
> OF PLEADINGS.  **Plaintiff must submit the petition for writ of habeas
> corpus <u>on approved forms</u> that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT
IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE
RECORD.**

THUS DONE in Chambers on this _____9th_____ day of __June_____, 2026.

Carol B. Whitehurst
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241